| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, #87692 |
| | Acting Federal Defender |
| 2 | JEROME PRICE, Bar #282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | GARY DALE POOLE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:00-cr-05320 LJO |
| | ) | |
|     *Plaintiff*, | ) | STIPULATION TO CONTINUE SENTENCING |
| | ) | HEARING;  ORDER |
| v. | ) | |
| | ) | Date:  March 19, 2013 |
| GARY DALE POOLE, | ) | Time:  8:30 a.m. |
| | ) | Judge: Hon. Lawrence J. O'Neill |
|     *Defendant*. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter currently set for February 19, 2013, **may be continued to March 19, 2013 at 8:30 a.m.**

The reason for the continuance is for defense to conduct further investigation and to allow time to receive requested records. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: February 11, 2013   By:   /s/ Grant B. Rabenn
GRANT B. RABENN
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: February 11, 2013   By:   /s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorney for Defendant
Gary Dale Poole

**O R D E R**

Granted.  Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

**Dated: February 12, 2013**   /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE