IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiffs, | ) | No. 1:00-CR-05320 LJO |
| vs. | ) | ORDER OF RELEASE |
| GARY DALE POOLE, | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced on April 1, 2013, to time served.

IT IS HEREBY ORDERED that the defendant shall be released to a representative of Westcare Impatient Drug and Alcohol Program on April 3, 2013 at 10:00am. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated: April 3, 2013**     **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE